## UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS
## KANSAS CITY COURTHOUSE

| | |
|---|---|
| CARA ANDERSON, | ) |
| Plaintiff, | ) |
| v. | ) No. 10-CV-2515 JAR/JPO |
| COMMONWEALTH FINANCIAL SYSTEMS, INC., | ) |
| Defendant. | ) |

### PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

CARA ANDERSON (Plaintiff), through her attorneys, KROHN & MOSS, LTD., alleges the following against COMMONWEALTH FINANCIAL SYSTEMS, INC., (Defendant):

### INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

2. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

### JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

4. Defendant conducts business in the state of Kansas, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

6. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

## PARTIES

7. Plaintiff is a natural person residing in Wichita, Kansas.

8. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

9. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)*, and sought to collect a consumer debt from Plaintiff.

10. Defendant is a company with a business office in Dickson City, Pennsylvania.

11. Defendant is a collection agency that in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection.

## FACTUAL ALLEGATIONS

12. Defendant constantly and continuously places collection calls to Plaintiff seeking and demanding payment for an alleged debt.

13. Defendant has been placing collection calls to Plaintiff for nearly one year.

14. Defendant places collection calls to Plaintiff multiple times a day.

15. Defendant places collection calls to Plaintiff from telephone number: 913-674-4164.

16. Defendant places collection calls to Plaintiff's home telephone number: 316-295-2119.

17. Defendant refuses to provide Plaintiff with its mailing address.

18. Defendant accuses Plaintiff of only wanting its address in order to send a cease and desist letter.

19. Defendant threatened that a negative mark would stay on Plaintiff's credit report forever if immediate payment was not made.

## COUNT I

## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

20. Defendant violated the FDCPA based on the following:

    a. Defendant violated *§1692d* of the FDCPA by engaging in conduct of which the natural result is the abuse and harassment of the Plaintiff.

    b. Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

    c. Defendant violated *§1692e(10)* of the FDCPA by using false representations and deceptive means in an attempt to collect a debt by refusing to provide its mailing address and by making threats of harming Plaintiff's credit report.

WHEREFORE, Plaintiff, CARA ANDERSON, respectfully requests judgment be entered against Defendant, COMMONWEALTH FINANCIAL SYSTEMS, INC., for the following:

21. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

22. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

23. Any other relief that this Honorable Court deems appropriate.

**Plaintiff designates Kansas City as place for trial.**

      RESPECTFULLY SUBMITTED,

      By: _____/s/ Raymond E. Probst, Jr.____
      Raymond E. Probst, Jr.(20370)
      Attorneys for Plaintiff
      Krohn & Moss, Ltd.
      827 Armstrong Ave
      Kansas City KS 661015

## **DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, CARA ANDERSON, demands a jury trial in this case.

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF KANSAS

Plaintiff, CARA ANDERSON, states the following:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, CARA ANDERSON, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

_September 13, 2010_
Date

_Cara Anderson_
CARA ANDERSON

PLAINTIFF'S COMPLAINT

5