UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
KANSAS CITY COURTHOUSE

| | | |
|---|---|---|
| CARA ANDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 10-cv-02515 |
| | ) | |
| COMMONWEALTH FINANCIAL SYSTEMS, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, CARA ANDERSON and Defendant, COMMONWEALTH FINANCIAL SYSTEMS, INC., stipulate, and the Court hereby orders, as follows:

1. The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, CARA ANDERSON, against Defendant, COMMONWEALTH FINANCIAL SYSTEMS, INC., in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

Dated: October 20, 2010

Respectfully Submitted,

**KROHN & MOSS, LTD**
By: _____/s/ Raymond E. Probst, Jr.____
Raymond E. Probst, Jr.
Attorneys for Plaintiff
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025